**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JACOB DALTON COKER #587825** | **CASE NO. 2:21-CV-00697 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF'S OFFICE CAMERON PARISH** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the instant suit be **DISMISSED WITH PREJUDICE** under Title 28 United States Code § 1915(e)(2).

MONROE, LOUISIANA, this 7th day of June, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE